UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  18-CV-21587-UU

ALEX M. CAVE,

        Plaintiff,

vs.

JULIE L. JONES, in her official capacity as Secretary of the Florida Department of Corrections; WEXFORD HEALTH SOURCES, INC., an out of state corporation registered and doing business in Florida; DR. DORA A. GAXIOLA, in her individual and official capacity; RICKEY ROWE, in his individual and official capacity; DR. OSCAR ORTEGA, in his individual and official capacity; MARIE LOUISSANT, in her individual and official capacity; JOHN DOE NO. 1, in his individual and official capacity; JOHN DOE NO. 2, in his individual and official capacity; CPT. GREGORY HINES, in his individual and official capacity; SGT. MONTEL, in his individual and official capacity; SGT PATTON, in his individual and official capacity; OFF WILLIAMS, in his individual and official capacity; and OFF. ALEXZANDER, in His individual and official capacity;

        Defendants.
_____/

**DEFENDANT, WEXFORD HEALTH SOURCES, INC. RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY [DE 47]**

COMES NOW, the Defendant, Wexford Health Sources, Inc. and files this Response in Opposition to Plaintiff's Motion to Compel Discovery [DE 47] and states the following in support thereof:

**INTRODUCTION AND PERTINENT BACKGROUND INFORMATION**

1. Plaintiff has brought a 42 U.S.C. § 1983 action against the above-named Defendants for the alleged Deliberate Indifference to his serious medical needs and negligence while imprisoned at Everglades C.I. in 2014.

2. Of the defendants then employed by Wexford Health Sources, Inc. (the "Wexford Defendants"), Plaintiff has served Wexford Health Sources, Inc., Dr. Oscar Ortega, and Ricky Rowe. He has been unable to serve Dr. Dora Gaxiola and Marie Louissant.

3. Wexford Health Sources, Inc. has not been the medical provider at Everglades C.I. since approximately 2017; none of the Wexford Defendants work for Wexford Health Sources, Inc. at this time.

4. The undersigned has not been authorized to accept service of process on behalf of Dr. Gaxiola or Marie Louissant.

5. Plaintiff served a Request for Production on Wexford Health Sources, Inc. requesting "A copy of the HR or personnel file for Marie Louissant—the former (or current) employee of Wexford how is named in the First Amended Complaint and who worked at Everglades CI---from the period of time starting with her application of employment to Wexford until the present." An identical request was made for the personnel file of Dr. Dora Gaxiola.

6. The purpose for the discovery, as stated in Plaintiff's Motion to Compel [DE 47] and in counsels' good faith effort to resolve this discovery dispute, is to gather sufficient

identification to serve process on Dr. Gaxiola and Ms. Louissant.

7. During that good faith conference, the undersigned requested Plaintiff's counsel narrow the scope of the request to include just that information absolutely necessary by his process server to serve Dr. Gaxiola and Ms. Louissant. Plaintiff's counsel has insisted on production of the entire personnel file.

8. Defendant objected that the requests called for documents of a **non-party**, former employee, that are not relevant to any claim or defense or proportional to the needs of the case.

## ARGUMENT AND MEMORANDUM OF LAW

This Court should deny Plaintiff's motion to compel production of Dr. Gaxiola and Ms. Louissant's **entire personnel file** to aid in his service of process upon them. Neither Dr. Gaxiola nor Ms. Louissant are a party to this lawsuit, as neither have been served. "Federal courts recognize that personnel files contain private information and that they should exercise caution in permitting discovery of information which may embarrass non-party employees." PETA, Inc. v. Dade Citys Wild Things, Inc., Case No. 8:16-cv-2899, 2017 WL 441011, at *5 (M.D. Fla. October 4, 2017) citing Moss v. GEICO Indem. Co., No. 5:10-CV-104, 2012 WL 682450, at *5 (M.D. Fla. March 2, 2012). "As such, personnel files should be treated with special sensitivity." Id. citing Sanchez v. Cardon Healthcare Network, LLC, No. 3:12-CV-902, 2013 WL 2352142, at *2 (M.D. Fla. May 29, 2013). "The party seeking discovery may only obtain information directly relevant to the claims at issue." Id. citing GEICO Ins. Co. v. Prushansky, No. 12-80556-CIV, 2013 WL 499382, at *3 (S.D. Fla.

January 4, 2013).

The undersigned has been unable to find any cases stating that Federal Rule of Evidence 401 "Test for Relevant Evidence" encompasses the summons or service of process stage of litigation. At this point, Plaintiff's counsel wants the entire personnel files of two former employees who may never be a party to this action, when his stated purpose is seeking enough information to serve them with the summons. Wexford Health Sources, Inc. is willing to compromise and provide limited information to assist in service of process—but can not agree to turn over the entire personnel files of two non-party former employees.

WHEREFORE, Defendant, Wexford Health Sources, Inc. requests this Court deny Plaintiff's Motion to Compel Discovery [DE 47].

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was E-filed with the Clerk of Court through the CM/ECF system on **August 16, 2018** and e-served by the Court Clerk to **ALL PARTIES ON THE ATTACHED SERVICE LIST.**

        CHIMPOULIS, HUNTER & LYNN, P.A.
        Attorneys for Defs/WEXFORD HEALTH SOURCES, INC., DR. ORTEGA, RICKY ROWE
        150 South Pine Island Road - Suite 510
        Plantation, FL  33324
        Phone: (954) 463-0033
        Fax:  (954) 463-9562

        By:  /s/ Alexander Dombrowsky
            ALEXANDER DOMBROWSKY, ESQUIRE

Florida Bar No.: 186260
adombrowsky@chl-law.com
M. KATHERINE HUNTER, ESQUIRE
Florida Bar No.: 981877
khunter@chl-law.com

## SERVICE LIST

**COUNSEL FOR PLAINTIFF**
**EMIR SEHIC, Esquire**
Sehic Law, PLLC
501 Main Street, Route 6A
P.O. Box 2071
Dennis, MA 02638
Phone: (774) 722-5517
Fax: (774-221-6001)
SERVICE OF PLEADINGS: esehic@sehiclaw.com

**COUNSEL FOR DEFENDANT JULIE JONES**
Sheridan K. Weissenborn, Esquire
Dutton Law Group, PA
9700 South Dixie Highway, Suite 940
Miami, Florida 33156
Phone: (786) 871-7971
Fax: (765) 542-6655
**SERVICE OF PLEADINGS:** sweissenborn@duttonlawgroup.com;
nvallecillo@duttonlawgroup.com